IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | 4:07CR3122 |
| v. | ) | |
| JULIO LUIS RIVERA, | ) | ORDER |
| Defendant. | ) | |

IT IS ORDERED that:

(1) Assistant Federal Public Defender John C. Vanderslice's motion to withdraw (filing no. 79) is granted.

(2) The Federal Public Defender is requested to nominate an A Panel Lawyer to the undersigned for appointment as defense counsel in this matter. The court notes that Robert B. Creager appears to have been appointed to represent Mr. Rivera in Case No. 4:16-cr-03062-RGK-CRZ-1. The court recommends that Mr. Creager be appointed to this matter as well if otherwise appropriate.

(3) The Clerk of Court shall provide the Federal Public Defender with a copy of this order.

DATED this 8th day of September, 2016.

BY THE COURT:

s/ *Richard G. Kopf*
Senior United States District Judge