IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 4:07CR3122 |
| | ) | and |
| v. | ) | 4:16CR3062 |
| | ) | |
| JULIO LUIS RIVERA, | ) | |
| | ) | |
| Defendant. | ) | ORDER |
| | ) | |

With the agreement of the parties,

IT IS ORDERED that the defendant's September 13, 2016, violation of supervised release hearing in Case No. 4:07CR3122 is continued until further order of the court.  The violation of supervised release matter in Case No. 4:07CR3122 will be taken up following the resolution of Case No. 4:16CR3062.

DATED this 13th day of September, 2016.

BY THE COURT:

s/ *Richard G. Kopf*
Senior United States District Judge